# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# OCALA DIVISION

MARY HEABERLIN,

    Plaintiff,

v.                                                        Case No: 5:20-cv-435-Oc-30PRL

CANTERFIELD OF OCALA, LLC,

    Defendant.

## ORDER

THIS CAUSE comes before the Court upon the Joint Motion for Approval of the FLSA Settlement (Dkt. 17). Upon review and consideration, it is therefore

ORDERED AND ADJUDGED that:

1. The Joint Motion for Approval of the FLSA Settlement (Dkt. 17) is GRANTED.

2. The Settlement Agreement is approved.

3. This action is DISMISSED WITH PREJUDICE.

4. All pending motions are denied as moot.

5. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 11th day of December, 2020.

                                                                   JAMES S. MOODY, JR.
                                                                     UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record